The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, a Washington Public Hospital District, d/b/a EVERGREENHEALTH MONROE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | NO. 2:17-cv-01456-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 23, 2018 |

## STIPULATION

Pursuant to LCR 7(k), Plaintiff and Defendant submit this Stipulation and Proposed Order to set a briefing schedule for their respective cross motions for partial summary judgment. The cross motions will concern coverage under an insurance policy sold by Defendant to Plaintiff; they will not concern Plaintiff's extra-contractual claims against Defendant.

| Event | Date |
|---|---|
| Plaintiff and Defendant to File Cross Motions | March 15, 2018 |

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON CROSS MOTIONS - 1
No. 2:17-cv-01456-JLR

GORDON
TILDEN
THOMAS
CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

| Event | Date |
|---|---|
| Plaintiff and Defendant to File Response Briefs | April 6, 2018 |
| Noting Date for Cross-Motions | April 6, 2018 |

Plaintiff and Defendant also respectfully request the Court's permission to file enlarged response briefs in exchange for foregoing reply briefs. Specifically, the Parties seek leave to file response briefs up to thirty pages in length.

DATED this 23rd day of February, 2018.

> **GORDON TILDEN THOMAS & CORDELL LLP**
> Attorneys for Plaintiff
>
> By   s/ *Greg D. Pendleton*
> Dale L. Kingman, WSBA # 07060
> Greg D. Pendleton, WSBA # 38361
> 1001 Fourth Avenue, Suite 4000
> Seattle, Washington 98154-1007
> 206.467.6477
> dkingman@gordontilden.com
> gpendleton@gordontilden.com
>
>
> **FORSBERG & UMLAUF, P.S.**
> Attorneys for Defendant
>
> By   s/ *Matthew S. Adams*
> Matthew S. Adams, WSBA #18820
> Miles J.M. Stewart, WSBA #46067
> 901 Fifth Avenue, Suite 1400
> Seattle, WA 98164-1039
> 206.689.8500
> madams@foumlaw
> mstewart@foum.law

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON CROSS MOTIONS - 2
No. 2:17-cv-01456-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**ORDER**

IT IS SO ORDERED.

DATED: 26 Feb. 2018

_____
Hon. James Robart
United States District Judge

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON CROSS MOTIONS - 3
No. 2:17-cv-01456-JLR

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Matthew S. Adams, WSBA #18820
> Miles J.M. Stewart, WSBA #46067
> Forsberg & Umlauf, P.S.
> 901 Fifth Avenue, Suite 1400
> Seattle, WA  98164-1039
> madams@foum.law
> mstewart@foum.law

DATED this 23rd day of February, 2018, at Seattle, Washington.

_s/ Greg D. Pendleton_
Greg D. Pendleton, WSBA # 38361

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON CROSS MOTIONS - 4
No. 2:17-cv-01456-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477