The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, a Washington Public Hospital District, d/b/a EVERGREENHEALTH MONROE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | NO. 2:17-cv-01456-JLR<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND CASE SCHEDULING ORDER AND FILE FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on Plaintiff's to Amend Case Scheduling Order and File First Amended Complaint. The Court, being familiar with the records and files herein, having considered Plaintiff's motion and the responses of Defendant, and being otherwise fully advised hereby ORDERS that Plaintiff's Motion is GRANTED. Plaintiff shall file its First Amended Complaint on or before __3 May__, 2018.

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND CASE SCHEDULING ORDER AND FILE FIRST AMENDED COMPLAINT - 1
No. 2:17-cv-01456-JLR

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 27th day of April, 2018.

_____
The Honorable James Robart
U.S. District Court Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By: s/ Greg D. Pendleton
    Greg D. Pendleton, WSBA #38361
    Dale L. Kingman, WSBA # 07060
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154
    (206) 467-6477
    gpendleton@gordontilden.com
    dkingman@gordontilden.com

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
CASE SCHEDULING ORDER AND FILE FIRST
AMENDED COMPLAINT - 2
No. 2:17-cv-01456-JLR

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477