UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C17-1456JLR <br><br> ORDER ON STIPULATED MOTION |

Before the court is the parties' stipulated motion to withdraw the court's order on cross-motions for partial summary judgment. (Stip Mot. (Dkt. # 52); *see also* 5/15/18 Order (Dkt. # 42).) In that order, the court granted in part and denied in part Plaintiff Snohomish County Public Hospital District No. 1 d/b/a EvergreenHealth Monroe's ("EHM") motion for partial for summary judgment and denied Defendant Hartford Fire Insurance Company's ("Hartford") motion for partial summary judgment. (*See* 5/15/18 Order at 1-2.) The parties have since settled the case and, as a part of that settlement,

| 1 | agreed to jointly move the court to withdraw the order on the cross-motions. (*See* Stip.
| 2 | Mot. at 1-2; see also Not. (Dkt. # 51) at 1 (advising the court of the settlement).)

The court DENIES the motion to withdraw (Dkt. # 52). The parties provide no authority or argument for their request, and the court therefore finds no good cause to withdraw the order. Because nothing remains for the court's consideration and the parties have reached a settlement, the court DIRECTS the Clerk to close this matter. (*See* Not.; *see also* Dkt.) Any party may, however, move the court to reopen the case within 30 days of the date of this order.

Dated this 14th day of August, 2018.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge